UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MAUVAREEN BEVERLEY,

                Plaintiff,

-against-                      18 **CIVIL** 8486 (ER)

                                                **JUDGMENT**

NEW YORK CITY HEALTH AND
HOSPITALS CORP., MITCHELL KATZ,
*individually and in his official capacity as President and Chief Operating Officer of NYC Health and Hospitals Corp.*, STANLEY BREZENOFF, *individually and in his official capacity as Interim President and Chief Operating Officer of NYC Health and Hospitals Corp.*, and PLACHIKKAT ANANTHARAM, *individually and in his official capacity as Chief Financial Officer of NYC Health and Hospitals Corp.*,

                Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, Defendants' motion to dismiss is granted, and the case is closed.

Dated:  New York, New York
          March 30, 2020

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                   **Clerk of Court**
                          **BY:**
                                                _____
                                                    **Deputy Clerk**