UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAUVAREEN BEVERLEY,

                Plaintiff,

– against –

NEW YORK CITY HEALTH AND HOSPITALS CORP., MITCHELL KATZ, *individually and in his official capacity as President and Chief Operating Officer of NYC Health and Hospitals Corp.*, STANLEY BREZENOFF, *individually and in his official capacity as Interim President and Chief Operating Officer of NYC Health and Hospitals Corp.*, and PLACHIKKAT V. ANANTHARAM, *individually and in his official capacity as Chief Financial Officer of NYC Health and Hospitals Corp.*,

                Defendants.

**ORDER**

18 Civ. 8486 (ER)

Ramos, D.J.:

      The Court granted Defendants' motion to dismiss on March 30, 2020. Doc. 33. Plaintiff both appealed the decision and filed a motion for reconsideration. The Court denied Plaintiff's motion for reconsideration on September 25, 2020, but clarified that Plaintiff could seek to re-plead following the resolution of her appeal. Doc. 47 at 16. On May 10, 2021, the Court received a mandate from the Second Circuit, which vacated and remanded the Court's March 30, 2020 Opinion in light of the Court's willingness to permit Plaintiff to seek to amend her complaint. Doc. 49.

      Plaintiff is therefore permitted to file a motion for leave to file a second amended complaint. If she chooses to do so, Plaintiff must file her motion, along with an attached proposed second amended complaint, by no later than June 1, 2021. Any memoranda in

opposition are due by June 22, 2021, and any reply is due by June 29, 2021.

       It is SO ORDERED.

Dated:   May 10, 2021
           New York, New York

                                                                       Edgardo Ramos, U.S.D.J.