# MEMO ENDORSED

LAW OFFICE OF

## SANDRA D. PARKER
110 EAST 59TH STREET - SUITE 3200
NEW YORK, NEW YORK 10022
WWW.SDP-LAW.COM

TELEPHONE 212-317-2883
FACSIMILE 212-317-1383
SPARKER@SDP-LAW.COM

July 12, 2021

> The requests are GRANTED. Plaintiff's reply brief is due no later than August 13, 2021, and may be up to 25 pages. It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 7/12/2021
> New York, New York

**BY ECF**
Honorable Edgardo Ramos
United States District Court
40 Foley Square
New York, NY 10007

RE:    Beverley v. New York City Health and Hosp. Corp., et al.
       18 CV 08486 (ER)(KNF)

Dear Judge Ramos:

   This firm represents Mauvareen Beverley, the Plaintiff in the above entitled action. I write to respectfully request an extension from July 23, 2021 to August 13, 2021, to reply to Defendants' opposition. This is Plaintiff's first request for an extension. Plaintiff further respectfully requests that she be granted leave to file a reply brief consisting of up to 25 pages. I have conferred with the attorney for the Defendants regarding these requests. Defendants consent to Plaintiff's application for the extension of time and the application for leave to file the excess pages.

   Plaintiff makes the request for an extension of time, because additional time is needed to fully address Defendants' opposition, including conducting the necessary legal research and drafting the reply. Defendants' opposition consists of a declaration with an extrinsic document annexed thereto and a 30-page brief. The additional time Plaintiff seeks in this application also will afford Plaintiff's counsel the time needed to fully address the arguments and contentions Defendants advance in their brief. In addition to responding to Defendants' opposition in this case, counsel for the Plaintiff must at the same time prepare a response to a motion in another case, and draft certain required pleadings in another case. Plaintiff makes the request for leave to file a reply consisting of up to 25 pages, to fully address the arguments and contentions Defendants present in their brief.

For the foregoing reasons, Plaintiff respectfully requests that her time to reply to Defendants' opposition is extended to August 13, 2021. Plaintiff further respectfully requests that she be granted leave to submit a reply brief consisting of up to 25 pages.

Respectfully,

Sandra D. Parker
SDP:mm

cc:     Donald C. Sullivan, Esq. (By ECF)