LAW OFFICE OF
**SANDRA D. PARKER**
110 East 59th<sup>d</sup> Street, Suite 3200
NEW YORK, NEW YORK 10022
www.sdp-law.com
———
TELEPHONE 212-317-2883
FACSIMILE 212-317-1383
SPARKER@SDP-LAW.COM

April 13, 2023

**BY ECF**
Honorable Edgardo Ramos
United States District Court
40 Foley Square
New York, NY 10007

RE:   Beverley v. New York City Health and Hosp. Corp., et al
      18 CV 8486 (ER)(JW)

Dear Judge Ramos:

   Plaintiff submits this letter to respond to that part of Defendants' response letter of this date, regarding their newly announced position that Defendants Katz and Brezenoff will not be produced for their depositions. By raising this issue in their response to Plaintiff's pre-motion letter, they seek to ignore the requirement set forth in ¶ 2.A.i. of the Court's Individual Rules of Practice, and thereby violate Fed. R. Civ. P. 37(a)(1).

   The parties did not meet and confer as required by the foregoing rules, regarding this issue, and Defendants cannot and do not certify in their response letter, such a meet and confer conference was attempted, scheduled or occurred. No conference was attempted, scheduled or occurred between the parties regarding this issue. Nor were any efforts undertaken to try resolving this issue, before Defendants presented it to the Court. Defendants merely announced their position for the first time this afternoon, during a telephone conference with Plaintiff's counsel, then referred Plaintiff's counsel to the *Lederman* case. Plaintiff's counsel responded that she would review the case and get back to them, stating that the earliest she would be able to do so, was early next week, due to other case demands. That was the substance of the parties' communication on this issue. Thereafter, Plaintiff received a copy of the Defendants' e-filed letter response, raising the issue with the Court. The Court should not entertain Defendants' argument on this issue, as it is premature, violates ¶ 2.A.i and Fed. R. Civ. P. 37(a)(1).

Respectfully submitted,

/s/ *Sandra D. Parker*

cc:   Rodianna Katsaros, Esq. (By ECF)