UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAUVAREEN BEVERLEY,

                Plaintiff,

– against –

NEW YORK CITY HEALTH AND HOSPITALS CORP., MITCHELL KATZ, *individually and in his official capacity as President and Chief Operating Officer of NYC Health and Hospitals Corp.*, STANLEY BREZENOFF, *individually and in his official capacity as Interim President and Chief Operating Officer of NYC Health and Hospitals Corp.*, and PLACHIKKAT ANANTHARAM, *individually and in his official capacity as Chief Financial Officer of NYC Health and Hospitals Corp.*,

                Defendants.

**ORDER**

18-cv-8486 (ER)

RAMOS, D.J.:

        In light of the pre-motion conference held on December 19, 2023, the parties are directed to submit a joint letter by January 4, 2024, advising the Court whether Plaintiff's motion to compel, Doc. 90, is moot, in whole or in part. And if only in part, which parts remain open.

It is SO ORDERED.

Dated:    December 20, 2023
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.