UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MAUVAREEN BEVERLEY,

                                    Plaintiff,

    -against-

NEW YORK CITY HEALTH AND                           18 CV 08486 (ER)
HOSPITALS CORP., MITCHELL
KATZ, Individually and as Chief Operating
Officer and President of New York City Health
and Hospitals Corp., STANLEY BREZENOFF,
Individually and as Interim Chief Operating
Officer and President of New York City Health
and Hospitals Corp., PLACHIKKAT V.
ANANTHARAM, Individually and as Chief
Financial Officer of New York City Health and
Hospitals Corp.,

                                    Defendants.
-----------------------------------------------------------------x

NOTICE OF MOTION TO COMPEL THE
PRODUCTION OF RULE 30(b)(6) WITNESSES
AND DOCUMENTS IDENTIFIED AND REQUESTED
DURING THE DEPOSITIONS OF THE DEFENDANTS

       PLEASE TAKE NOTICE, that upon the annexed Declaration of Sandra D. Parker, dated January 9, 2024, the exhibits annexed thereto and, the accompanying Memorandum of Law, and upon all the pleadings and proceedings had herein, Mauvareen Beverley, the Plaintiff in the above entitled action, will move this Court, pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iv), before the Honorable Edgardo Ramos, at the United States District Court for the Southern District of New York, located at 40 Foley

Square, New York, New York, at a time and date set by the Court, for an order directing Defendants to produce, pursuant to Fed. R. C. P. 30(b)(6), witnesses to testify regarding the subjects described in Plaintiff's Notice of Deposition, and to produce the documents identified and requested during the depositions of the witnesses who appeared for depositions, on behalf of Defendants, and granting Plaintiff such other and further relief, as the Court may deem just and proper.

    PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's directive, Defendants shall file their response to Plaintiff's motion by January 30, 2024.

Dated:    New York, New York
           January 9, 2024

                                        Respectfully submitted,

                                        LAW OFFICE OF SANDRA D. PARKER

                                        By: /s/ Sandra D. Parker
                                              Sandra D. Parker
                                              110 East 59th Street, Suite 3200
                                              New York, NY 10022
                                              (212) 317-2883
                                              parkefirm@aol.com
                                              Attorney for Plaintiff