UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAUVAREEN BEVERLEY,

                              Plaintiff,

            – against –

NEW YORK CITY HEALTH AND
HOSPITALS CORP., MITCHELL
KATZ, *individually and in his official
capacity as President and Chief Operating
Officer of NYC Health and Hospitals Corp.*,
STANLEY BREZENOFF, *individually
and in his official capacity as Interim
President and Chief Operating Officer of
NYC Health and Hospitals Corp.*, and
PLACHIKKAT ANANTHARAM,
*individually and in his official capacity as
Chief Financial Officer of NYC Health and
Hospitals Corp.*,

                              Defendants.

**ORDER**

18-cv-08486 (ER)

RAMOS, D.J.:

On September 18, 2018, Mauvareen Beverley filed this action against New York

City Health and Hospitals Corp. ("H+H") and three officers of H+H, Mitchell Katz,

Stanley Brezenoff, and Plachikkat Anantharam (collectively, "Defendants").  Doc. 1.  On

April 5, 2019 and April 13, 2022, Beverley filed the first amended complaint and second

amended complaint, respectively.  Docs. 16, 64.  Beverley alleges that Defendants

discriminated against her because of her race, age, and Caribbean descent, in violation of

federal and New York City law.  *See* Doc. 64.  After filing the second amended complaint,

Beverley commenced discovery and made numerous document requests.  On January 9,

2024, Beverley moved to compel Defendants to produce certain witnesses pursuant to

Federal Rule of Civil Procedure 30(b)(6) and documents identified during the depositions

of witnesses who appeared on the behalf of the Defendants, and on May 13, 2024, the

Court granted in part and denied in part the motion.  Docs. 111, 130.  On May 24, 2024,

Defendants requested an extension of time to serve their declarations and/or additional responsive documents until June 11, 2024, which the Court granted.  Docs. 131, 132. Since then, there has been no activity on the docket.  The Court instructs the parties to submit a joint status letter by no later than April 16, 2025.

It is SO ORDERED.

Dated:     April 9, 2025
           New York, New York

_____
           EDGARDO RAMOS, U.S.D.J.