UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAUVAREEN BEVERLEY,

                    Plaintiff,

– *against* –

NEW YORK CITY HEALTH AND
HOSPITALS CORP., MITCHELL
KATZ, *individually and in his official
capacity as President and Chief Operating
Officer of NYC Health and Hospitals Corp.*,
STANLEY BREZENOFF, *individually
and in his official capacity as Interim
President and Chief Operating Officer of
NYC Health and Hospitals Corp.*, and
PLACHIKKAT ANANTHARAM,
*individually and in his official capacity as
Chief Financial Officer of NYC Health and
Hospitals Corp.*,

                    Defendants.

---

**ORDER**

18-cv-08486 (ER)

Ramos, D.J.:

        Mauvareen Beverley's counsel, Sandra Parker, filed an emergency motion to
withdraw as counsel in this action on May 8, 2025.  Doc. 137.  In her motion, Ms. Parker
also requests a retaining lien of $3,573.15.  *Id.*  At a conference held on May 20, 2025,
the Court granted Ms. Parker leave to file a supplemental declaration under seal in
support of her motion.  That same day, Ms. Parker filed her declaration.  Doc. 140.

        If Ms. Beverley wishes to respond to the motion, she is directed to provide a
written response to Judge Ramos' Chambers via email at
ChambersNYSDRamos@nysd.uscourts.gov, with a copy to Ms. Parker at
parkefirm@aol.com by May 30, 2025.  If Ms. Beverley does not submit a written
response, the Court will assume that she does not oppose Ms. Parker's motion to
withdraw.

Ms. Parker is directed to provide a copy of this order to Ms. Beverley and file a certificate of service on the docket.

It is SO ORDERED.

Dated:    May 21, 2025
          New York, New York

_____
        EDGARDO RAMOS, U.S.D.J.