UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAUVAREEN BEVERLEY,

                Plaintiff,

– against –

NEW YORK CITY HEALTH AND HOSPITALS CORP., MITCHELL KATZ, *individually and in his official capacity as President and Chief Operating Officer of NYC Health and Hospitals Corp.*, STANLEY BREZENOFF, *individually and in his official capacity as Interim President and Chief Operating Officer of NYC Health and Hospitals Corp.*, and PLACHIKKAT ANANTHARAM, *individually and in his official capacity as Chief Financial Officer of NYC Health and Hospitals Corp.*,

                Defendants.

**ORDER**

18-cv-08486 (ER)

RAMOS, D.J.:

      A telephonic conference will be held on May 30, 2025, at 10:30 a.m. The Court will provide the dial-in information separately. The parties are further instructed to join the call five (5) minutes prior to the conferences start time. Counsel for Beverley is directed to provide a copy of this order to her.

It is SO ORDERED.

Dated:   May 23, 2025
           New York, New York

                                                EDGARDO RAMOS, U.S.D.J.