UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAUVAREEN BEVERLEY,

                Plaintiff,

– against –

NEW YORK CITY HEALTH AND HOSPITALS CORP., MITCHELL KATZ, *individually and in his official capacity as President and Chief Operating Officer of NYC Health and Hospitals Corp.*, STANLEY BREZENOFF, *individually and in his official capacity as Interim President and Chief Operating Officer of NYC Health and Hospitals Corp.*, and PLACHIKKAT ANANTHARAM, *individually and in his official capacity as Chief Financial Officer of NYC Health and Hospitals Corp.*,

                Defendants.

**ORDER**

18-cv-08486 (ER)

Ramos, D.J.:

        The telephonic conference scheduled for May 30, 2025, at 10:30 a.m. is rescheduled for an in-person conference on June 5, 2025 at 2 p.m. in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. Counsel for Mauvareen Beverley is directed to provide a copy of this order to her.

It is SO ORDERED.

Dated:   May 29, 2025
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.