UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAUVAREEN BEVERLEY,

                Plaintiff,

– against –

NEW YORK CITY HEALTH AND HOSPITALS CORP., MITCHELL KATZ, *individually and in his official capacity as President and Chief Operating Officer of NYC Health and Hospitals Corp.*, STANLEY BREZENOFF, *individually and in his official capacity as Interim President and Chief Operating Officer of NYC Health and Hospitals Corp.*, and PLACHIKKAT ANANTHARAM, *individually and in his official capacity as Chief Financial Officer of NYC Health and Hospitals Corp.*,

                Defendants.

**ORDER**

18-cv-08486 (ER)

RAMOS, D.J.:

        Mauvareen Beverley was directed on June 6, 2025 to retain new counsel by August 5, 2025. Doc. 147. On July 31, 2025, Ms. Beverley requested an extension via email to September 15, 2025, which the Court granted. Doc. 149. On September 11, 2025, Ms. Beverley requested another extension via email to October 29, 2025. Ms. Beverley's request is granted. If Ms. Beverley is unable to retain new counsel by October 29, 2025, she is directed to file a letter explaining to the Court whether she intends to represent herself.

        It is SO ORDERED.

Dated:    September 12, 2025
             New York, New York

                                            EDGARDO RAMOS, U.S.D.J.