

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**DOMINIQUE ANGLADE**
*Assistant Corporation Counsel*
Phone: (212) 356-2432
danglade@law.nyc.gov

## MEMO ENDORSED

January 26, 2026

<u>**VIA ECF**</u>

Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The request is granted. All previously scheduled deadlines are adjourned and the case is stayed for 30 days.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: January 27, 2026
> New York, New York

Re:    Beverley v. New York City Health & Hosps., et al.
         No. 18-CV-08486 (ER)

Dear Judge Ramos:

I am an Assistant Corporation Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the defendants New York City Health and Hospitals d/b/a NYC Health + Hospitals ("H+H"), Mitchell Katz, Stanley Brezenoff, and Plachikkat V. Anantharam, in the above-referenced matter. The parties write to inform the Court that the parties have reached a settlement in principle. Accordingly, the parties are in the process of preparing the necessary paperwork. To that end, it is respectfully requested that the Court adjourn *sine die* all previously scheduled deadlines, and that this case be stayed for 30 days pending the finalization of settlement documents and the submission of a stipulation of dismissal to the Court.

Thank you for your consideration of this request.

Respectfully submitted,

_____/s_____
Dominique Anglade
Assistant Corporation Counsel

cc:    Jared M. Lefkowitz, Esq. (via ECF)
        Law Offices of Jared M. Lefkowitz
        Attorneys for Plaintiff