UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## MEMO ENDORSED

at page 2

-------------------------------------------------------------------------- x

MAUVAREEN BEVERLEY,

                                   Plaintiff,

              -against-

NEW YORK CITY HEALTH AND HOSPITALS CORP.,
MITCHELL KATZ, Individually and as Chief Operating
Officer and President of New York City Health and
Hospitals Corp., STANLEY BREZENOFF, Individually
and as Interim Chief Operating Officer and President of
New York City Health and Hospitals Corp.,
PLACHIKKAT V. ANANTHARAM, Individually and as
Chief Financial Officer of New York City Health and
Hospitals Corp.,

                                 Defendants.

**ORDER**

18-CV-08486 (ER)

-------------------------------------------------------------------------- x

The parties having stipulated to the dismissal with prejudice of all claims in the above captioned action asserted against defendants Mitchell Katz, Stanley Brezenoff, and Plachikkat V. Anantharam, in their individual and official capacities; and

Upon the application of defendants for an order directing that the caption in this action be amended to delete the name of the defendants Mitchell Katz, Stanley Brezenoff, and Plachikkat V. Anantharam, and Plaintiff having no objection to Defendants' application,

**IT IS HEREBY ORDERED** that the caption in this action be amended to delete the name of the defendants Mitchell Katz, Stanley Brezenoff, and Plachikkat V. Anantharam, already dismissed from this action, and to reflect that NEW YORK CITY HEALTH AND HOSPITALS CORP. is the sole remaining defendant; and

- 3 -

**IT FURTHER ORDERED** that the Clerk of the Court shall amend the Court's files in accordance with this order.

It is

The Clerk of the Court is further directed to lift the stay.

SO ORDERED:

February 27, 2026

Date

Edgardo Ramos, U.S.D.J.